JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JORGE MELENDEZ. | No. CV 10-03203-SVW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| J. TIM OCHOA, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: May 4, 2011

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE